UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIX DIMENSIONS, INC., | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:17-CV-02680 |
| | § § | |
| PERFICIENT, INC. *and* LYNN BRADING, | § § § § § | |
| Defendants. | § | |

## Plaintiff's First Amended Objections to Defendants' Exhibits

COMES NOW Plaintiff, Six Dimensions, Inc. and notifies Defendants

of these First Amended Objections to Defendants' Exhibits:

| Exhibit | Objection |
|---|---|
| 1 | Optional completeness (middle of e-mail string), lacks foundation, authentication, hearsay (***OBJECTION WITHDRAWN***) |
| 11 | Irrelevant, prejudicial, lacks foundation, authentication as to form 10K |
| 14 | Irrelevant, prejudicial, lacks foundation, authentication, hearsay –prior contacts from Jeanette Gomez to Klco are not relevant to the claims in the case. |
| 26 | Irrelevant, prejudicial, lacks foundation, authentication, hearsay – contacts by Six Dimensions to Jeffrey Davis are unrelated to the claims in this suit. (**Defendants have** |

|  |  |
|---|---|
|  | withdrawn this Exhibit) |
| 37 | Irrelevant, prejudicial, lacks foundation, authentication, hearsay – other recruitment efforts by Perficient are not relevant. |
| 51 | Lawyer e-mail all that was identified: Irrelevant, prejudicial, lacks foundation, authentication, hearsay (**OBJECTION WITHDRAWN**) |
| 71 | Irrelevant, prejudicial, lacks foundation, hearsay, authentication (**OBJECTION WITHDRAWN**) |
| 72 | Irrelevant, prejudicial, lacks foundation, authentication |
| 73 | Irrelevant, prejudicial, lacks foundation, authentication (**Defendants have withdrawn this Exhibit**) |
| 74 | Irrelevant, prejudicial, lacks foundation, authentication |
| 75 | Irrelevant, prejudicial, lacks foundation, authentication |
| 76 | Irrelevant, prejudicial, lacks foundation, authentication |
| 77 | Irrelevant, prejudicial, lacks foundation, authentication |
| 78 | Hearsay, authentication, lacks foundation |
| 83 | Irrelevant and prejudicial, creates danger of confusion – legal pleadings |
| 84 | Irrelevant and prejudicial, creates danger of confusion – legal pleadings |
| 85 | Irrelevant and prejudicial, lacks foundation, authentication |
| Demonstratives | Plaintiff objects to Defendants' timeline demonstrative in that it references irrelevant and prejudicial information regarding the NASDAQ, criminal/civil allegations against Benjamin Wey, resignations of three members of the board of directors, and a class action. |

Respectfully submitted,

*/s/ Pat M. D.*

_____
MICHAEL PATRICK DOYLE

S.D. Texas Bar No. 13309
PATRICK M. DENNIS
S.D. Texas Bar No. 578507
JEFFREY I. AVERY
Federal ID Number 2033042
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Phone: 713.571.1146
Fax:  713. 571.1148
service@doylelawfirm.com
**ATTORNEYS FOR PLAINTIFF**
**SIX DIMENSIONS, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to counsel of record on this the 6th day of June, 2019, via e-mail, or facsimile, pursuant to the Federal Rules of Civil Procedure:

_____
**MICHAEL PATRICK DOYLE**