United States District Court
Southern District of Texas
**ENTERED**
June 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Six Dimensions, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No.: H-17-2680 |
| Perficient, Inc., and Lynn Brading, | | |
| Defendants. | | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff, the Court hereby ORDERS that final judgment be entered in favor of the Plaintiff in the amount of $287,000.00 for breach of contract against Defendant Lynn Brading. This is a FINAL JUDGMENT.

Signed at Houston, TX on the ___14___ day of June, 2019.

_____
DAVID HITTNER
United States District Judge