United States District Court
Southern District of Texas
**ENTERED**
September 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIX DIMENSIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-17-2680 |
| | § | |
| PERFICIENT, INC. *and* LYNN M. BRADING, | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

On August 7, 2020, the United States Court of Appeals for the Fifth Circuit (the "Fifth Circuit") issued a decision in this matter reversing in part and affirming in part the Court's Final Judgment. *Six Dimensions, Inc. v. Perficient, Inc.*, No. 19-2505, 2020 WL 4557640 (5th Cir. August 7, 2020). The Fifth Circuit reversed and remanded as to the grant of summary judgment in favor of Six Dimensions, Inc. ("Six Dimensions") on a breach of contract claim against Lynn M. Brading ("Brading"), finding that Brading did not waive her arguments against a 2015 agreement she signed at termination. *Id.* at 21. The Fifth Circuit affirmed as to all other issues. *Id.* On August 31, 2020, the Fifth Circuit's mandate was issued.[1] In light of the Fifth Circuit's instructions on remand, the Court hereby

---

[1] *Mandate of Fifth Circuit*, Document No. 268.

**ORDERS** that Plaintiff Six Dimensions, Inc. shall take nothing.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __3__ day of September, 2020.

_____
DAVID HITTNER
United States District Judge